UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOFTIN GROUP, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-4881** |
| **GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA, ET AL.** | **SECTION "O"** |

## ORDER

**IT IS ORDERED** that the motion[1] to dismiss with prejudice is **GRANTED**. All claims of Plaintiff Lofton Group, L.L.C. against all Defendants are dismissed with prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 27th day of February, 2024.

BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 12.